# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC <br><br> PLAINTIFF(S) <br><br> v. <br><br> NINE WEST HOLDINGS, INC. , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:17−cv−04923−DMG−KS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   7/5/2017          4          Request for Summons

Date Filed       Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                          Clerk, U.S. District Court

Date: July 5, 2017                            By: /s/ *Geneva Hunt*
                                                         Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**