Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NINE WEST HOLDINGS, INC., a Delaware Corporation; MACY'S INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:17-cv-04923-DMG-KS<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, ETC. ON DEFENDANT MACY'S INC.** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Brent H. Blakely (SBN 157292)<br>Cindy Chan (SBN 247495)<br>Blakely Law Group<br>1334 Parkview Avenue, Suite 280, Manhattan Beach, CA 90266<br>TELEPHONE NO.: (310) 546-7400  FAX NO. *(Optional):* (310) 546-7401<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Chrome Hearts LLC | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: 312 N. Spring Street<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Central District | |
| PLAINTIFF/PETITIONER: Chrome Hearts LLC, a Delaware Limited Liability<br>DEFENDANT/RESPONDENT: Nine West Holdings, Inc., a Delaware Corp. | CASE NUMBER:<br>2:17-cv-04923-DMG-KS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* See Attached

3. a. Party served *(specify name of party as shown on documents served):*
   Macy's Inc., a Delaware Corporation c/o CSC Lawyers Incorporating Service

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Karissa Lowry, Agent for service of process

4. Address where the party was served:
   2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 7-10-17  (2) at *(time):* 1:35pm
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Chrome Hearts LLC, a Delaware Limited Liability | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Nine West Holdings, Inc., a Delaware Corp. | 2:17-cv-04923-DMG-KS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:          (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Macy's Inc., a Delaware Corporation
     under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
   a. Name: Jeremy Glaze
   b. Address: 816 S. Figueroa Street, Ste 100, Los Angeles, CA 90017
   c. Telephone number: (213) 327-0014
   d. The fee for service was: $
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
       (i) ☐ owner ☐ employee ☑ independent contractor.
       (ii) Registration No.: 2011-65
       (iii) County: Sacramento

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a **California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 7-12-17

Jeremy Glaze
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        ▶ *(signature)* (SIGNATURE)

## *Attachment*

- Summons In A Civil Action
- Plaintiff's Complaint For Damages And Equitable Relief
- Civil Cover Sheet
- Certification And Notice Of Interested Parties
- Plaintiff's Corporate Disclosure Statement
- Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark
- Notice of Assignment To United States Judges
- Notice To Parties Of Court-Directed ADR Program
- Initial Standing Order