Diana Torres (SBN #162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St
Los Angeles, CA 90071
Tel. (213) 680-8400
Fax (213) 680-8500

Dale M. Cendali (*pro hac vice* forthcoming)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

*Attorneys for Defendant*
 *Nine West Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> - vs - <br><br> NINE WEST HOLDINGS, INC., a Delaware Corporation; MACY'S INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-04923-DMG-KS <br><br> **NOTICE OF APPEARANCE** <br><br> Complaint Filed Date: July 5, 2017 |

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2      I am admitted or otherwise authorized to practice in this court, and I appear in
3  this case as counsel for Defendant Nine West Holdings, Inc.

5  Dated: July 31, 2017                  Respectfully submitted,

                                                   KIRKLAND & ELLIS LLP

                                                   /s/ *Diana Torres*
                                                   Diana Torres
                                                   Diana Torres (SBN #162284)
                                                   diana.torres@kirkland.com
                                                   KIRKLAND & ELLIS LLP
                                                   333 South Hope St
                                                   Los Angeles, CA 90071
                                                   Tel. (213) 680-8400
                                                   Fax (213) 680-8500

                                                   *Attorney for Defendant Nine West*
                                                   *Holdings, Inc.*

NOTICE OF APPEARANCE                                                  CASE NO. 2:17-cv-04923-DMG-KS

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017 I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

/s/ Diana Torres
Diana Torres