1  Diana Torres (SBN #162284)
2  Diana.Torres@kirkland.com
   Kirkland & Ellis LLP
3  333 South Hope St
   Los Angeles, CA 90071
4  (213) 680-8400

5  *Attorney for Defendant Nine West Holdings, Inc.*

6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**

10 | CHROME HEARTS LLC, a                | CASE NO. 2:17-cv-04923-DMG-KS |
   | Delaware Limited Liability Company  |                               |
11 |                                     | **STIPULATION TO EXTEND**     |
   |         Plaintiff,                  | **TIME TO RESPOND TO**        |
12 |                                     | **INITIAL COMPLAINT BY NOT**  |
   |     - vs -                          | **MORE THAN 30 DAYS (L.R. 8-3)** |
13 |                                     |                               |
   | NINE WEST HOLDINGS, INC., a         | Complaint served: July 10, 2017 |
14 | Delaware Corporation; MACY'S        | Current response date: July 31, 2017 |
   | INC., a Delaware Corporation; and   | New response date: August 30, 2017 |
15 | DOES 1-10, inclusive,               |                               |
16 |         Defendants.                 |                               |
17

18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

This Joint Stipulation is entered into by and between Plaintiff Chrome Hearts LLC ("Chrome Hearts") and Defendant Nine West Holdings, Inc. ("Nine West"), through their counsel of record.

1. Chrome Hearts filed Case No. 2:17-cv-04923 against Nine West on July 5, 2017.
2. Chrome Hearts served its summons and complaint on Nine West on July 10, 2017.
3. The Parties hereby stipulate and agree that pursuant to L.R. 8-3, Nine West's answer and/or response to Chrome Hearts' complaint in Case No. 2:17-cv-04923 shall by due on August 30, 2017.

IT IS SO STIPULATED.

DATED: July 31, 2017          Kirkland & Ellis LLP

                      By     /s/ Diana Torres

                             Diana Torres (SBN #162284)
                             Diana.Torres@kirkland.com
                             Kirkland & Ellis LLP
                             333 South Hope St
                             Los Angeles, CA 90071
                             (213) 680-8400

                             *Attorney for Nine West Holdings, Inc.*

DATED: July 31, 2017          Blakely Law Group

                      By     /s/ Cindy Chan

                             Brent H. Blakely
                             Cindy Chan
                             Attorneys for Chrome Hearts LLC

                             Blakely Law Group
                             1334 Parkview Avenue Suite 280
                             Manhattan Beach, CA 90266
                             310-546-7400
                             Email: cchan@blakelylawgroup.com

                             *Attorneys for Chrome Hearts LLC*

**Local Rule 5-4.3.4 Statement**

I, Diana Torres, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 31, 2017        */s/ Diana Torres*

    Diana Torres (SBN #162284)
    Diana.Torres@kirkland.com
    Kirkland & Ellis LLP
    333 South Hope St
    Los Angeles, CA 90071
    (213) 680-8400

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017 I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Diana Torres*

Diana Torres (SBN #162284)
Diana.Torres@kirkland.com
Kirkland & Ellis LLP
333 South Hope St
Los Angeles, CA 90071
(213) 680-8400

- 4 -