Diana Torres (SBN #162284)
Diana.Torres@kirkland.com
Kirkland & Ellis LLP
333 South Hope St
Los Angeles, CA 90071
(213) 680-8400

*Attorney for Defendant Nine West Holdings, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>- vs -<br><br>NINE WEST HOLDINGS, INC., a Delaware Corporation; MACY'S INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-04923-DMG-KS<br><br>**DEFENDANT NINE WEST HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Nine West Holdings, Inc. states Nine West Holdings, Inc. is a Delaware private corporation and a subsidiary of Jasper Parent LLC, which is also a private Delaware limited liability company. No publicly held corporation owns more than 10% or more of the stock of Nine West Holdings, Inc.

Pursuant to Local Rule 7.1-1, Defendant further certifies that it is aware of no parties with a pecuniary interest in the outcome of this case, other than the parties in the above caption, and Defendant's parent corporation, Jasper Parent LLC. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: August 1, 2017　　　Kirkland & Ellis LLP

By  */s/ Diana Torres*

Diana Torres (SBN #162284)

Kirkland & Ellis LLP
333 South Hope St
Los Angeles, CA 90071
(213) 680-8400

*Attorney for Nine West Holdings, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017 I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Diana Torres*

Diana Torres (SBN #162284)
Diana.Torres@kirkland.com
Kirkland & Ellis LLP
333 South Hope St
Los Angeles, CA 90071
(213) 680-8400